BAS DE BLANK (STATE BAR NO. 191487)
basdeblank@orrick.com
DIANA RUTOWSKI (STATE BAR NO. 233878)
drutowski@orrick.com
FRANCES CHEEVER (STATE BAR NO. 287585)
fcheever@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

JOHANNES HSU (STATE BAR NO. 307113)
johanneshsu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

Attorneys for Defendants
ROBERT BOSCH GmbH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| AMERICAN GNC CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>GOPRO, INC., et al.,<br><br>              Defendants. | Case No. 3:18-cv-00968-BAS-BLM<br><br>**DEFENDANT ROBERT BOSCH GMBH'S CORRECTED NOTICE OF MOTION AND MOTION PURSUANT TO RULE 12(B)(2) TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:       October 15, 2018<br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br>Dept:       Courtroom 4B<br>Judge:     Hon. Cynthia Bashant |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

CORRECTED NOTICE OF MOT. & MOT. TO
DISMISS FOR LACK OF PERSONAL JURISDICTION
3:18-CV-00968-BAS-BLM

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that this Notice of Motion and Motion is filed to correct the hearing date identified in Defendant Robert Bosch GmbH's Notice of Motion and Motion Pursuant to Rule 12(b)(2) to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction filed on September 14, 2018, ECF No. 32.  The correct hearing date is October 15, 2018.  Plaintiff does not oppose the filing of this Corrected Notice of Motion and Motion.

**PLEASE TAKE FURTHER NOTICE** that on October 15, 2018 or as soon thereafter as counsel may be heard before the Honorable Cynthia Bashant in Courtroom 4B of the United States District Court for the Southern District of California located at 333 West Broadway, Suite 1110, San Diego, California 92101, Orrick, Herrington & Sutcliffe LLP, on behalf of RB GmbH, will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss American GNC Corporation's Complaint against RB GmbH for lack of personal jurisdiction.  Dismissal is appropriate as American GNC has not carried its burden of establishing that the Court has personal jurisdiction over RB GmbH.

RB GmbH's motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the supporting Declaration(s) of Rainer Bischof, and Proposed Order filed herewith, all exhibits and other papers attached thereto, all exhibits and other papers on file in this action and any related actions, such other evidence and arguments as may be presented at or before the hearing on this motion, and all other matters of which the Court may take judicial notice or which it otherwise deems appropriate to consider.

This motion is made following the conference of counsel that took place on August 24, 2018.

/ / /

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

Dated:  September 24, 2018      BAS DE BLANK
DIANA RUTOWSKI
FRANCES CHEEVER
JOHANNES HSU
NICHOLAS H. LAM
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____ */s/ Bas de Blank* _____

Attorneys for Defendants
Robert Bosch GmbH, and
Bosch Sensortec GmbH

Orrick, Herrington & Sutcliffe LLP
Attorneys at Law
Silicon Valley

- 2 -

Corrected Notice of Mot. & Mot. to
Dismiss for Lack of Personal Jurisdiction
3:18-cv-00968-BAS-BLM

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been forwarded, via the Courts CM/ECF electronic filing system upon all counsel of record on September 24, 2018.

By: _/s/ Bas de Blank_
BAS DE BLANK