UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GNC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., ROBERT BOSCH GMBH AND BOSCH SENSORTEC GMBH<br><br>Defendants. | Case No. 4:18-cv-06778-HSG<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

On this day, Plaintiff American GNC Corporation ("Plaintiff") and Defendant GoPro Inc. and Defendants Robert Bosch GmbH and Bosch Sensortec GmbH (collectively "Defendants") accounted to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and any Defendants' claims, defenses, or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice any Defendants' claims, defenses, or counterclaims for relief against Plaintiff without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: February 19, 2019

HAYWOOD S GILLIAM, JR.
United States District Judge